# *Orlando & Braun, LLP*

3401 Allen Parkway, Suite 101
Houston, TX 77019

Telephone:   713-521-0800
Facsimile:   713-521-0842
E-mail:  calvinbraun@orlandobraun.com

**June 20, 2011**

Christ Healing Church                                               Inv  #:3233
9915 Belknap                                                  Matter #:15079-001
Sugar Land, TX 77459

Attention:

In Reference To:   Christ Healing Church - CH 11

---

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-12-10 | Conference with client regarding review and execution of  emergency petition  and consent action by Board for filing 2nd chapter 11 petition. Filed documents with the court. | 1.00 | 300.00 | CCB |
| Jul-14-10 | Data entry into bankruptcy program clients information for completion of schedules, statement of financial affairs. | 2.30 | 690.00 | CCB |
| Jul-15-10 | Review and update of Master Service List as to appearance by US Trustee office- Stephen Statham. | 0.20 | 60.00 | CCB |
| Jul-16-10 | Review and update firm calendar regarding Status Hearing set by court. Drafted letter to client regarding date and time to appear for Court's Status Hearing. | 0.30 | 90.00 | CCB |
| Jul-21-10 | Continued Data entry into bankruptcy program clients information for completion of schedules, statement of financial affairs. | 2.60 | 780.00 | CCB |
| Jul-26-10 | Review and execution by client completed schedules and statement of financial | 1.00 | 300.00 | CCB |

EXHIBIT

B

affairs, summary of schedules and 20 largest creditors. Filed with the court.

| | | | | |
|---|---|---|---|---|
| | Review and update Master Service List as to entry by Michael Smith for Foundation Capital Resources, Inc. (Lender). | 0.20 | 60.00 | CCB |
| Aug-03-10 | Drafted and filed with the court the Application to Employee Counsel for Debtor, Affidavit and Order. | 0.80 | 240.00 | CCB |
| Aug-04-10 | At courthouse with client regarding Status Hearing. Advised court of filing and set deadlines for various matter in the case. Court approved Application to Employ Counsel. | 1.20 | 360.00 | CCB |
| Aug-05-10 | Review with client the IDC package and supporting documents. At US Trustee office regarding IDC meeting. | 1.00 | 300.00 | CCB |
| Sep-10-10 | Review court's Notice of Creditors meeting , Update Calendar and Draft a letter to client regarding date and time of creditors meeting. | 0.40 | 120.00 | CCB |
| Oct-06-10 | Review of documents and schedules for upcoming creditors meeting with client. | 0.60 | 180.00 | CCB |
| Oct-07-10 | At courthouse with client regarding creditors meeting. | 1.00 | 300.00 | CCB |
| Nov-05-10 | Meeting with the client regarding upcoming deadline for the filing of Disclosure Statement and Plan. Requested various information for completion of said documents. | 0.40 | 120.00 | CCB |
| Nov-09-10 | Telephone conference with client regarding todays deadline for the filing of Debtor Disclosure Statement and Plan. | 0.30 | 90.00 | CCB |
| Dec-22-10 | Review of Motion to Lift Stay by Lender, updated firms calendar regarding hearing date and time. Drafted letter client regarding hearing date and time of Motion to Lift Stay. | 0.60 | 180.00 | CCB |
| | Telephone conference with attorney for Lender regarding the filing of Motion to Lift Stay and possible settlement after the new year. | 0.40 | 120.00 | CCB |

| Date | Description | | | |
|------|-------------|---|---|---|
| Dec-23-10 | Conference with client regarding Lender Motion to Lift Stay on estate property and option in matter. | 0.60 | 180.00 | CCB |
| Jan-17-11 | Drafted, filed with court and mailed out Debtor's Response to Lender Motion to Lift the Stay as to estate property. | 0.40 | 120.00 | CCB |
| | Drafted email to counsel for Lender regarding evidence of substantial improvement by Debtor to property. | 0.40 | 120.00 | CCB |
| | Drafted email to counsel for Lender regarding passing hearing on Motion to Lift Stay by Lender to Final hearing. | 0.30 | 90.00 | CCB |
| Jan-18-11 | At courthouse regarding preliminary hearing on Lender Motion to Lift the Stay. Requested a Final hearing on the matter till 2-8-11. | 0.80 | 240.00 | CCB |
| Jan-25-11 | Preparation of Letter concerning Insurance Renewal and forward of same to client. | 0.30 | 22.50 | BS |
| Feb-07-11 | Telephone conference with the court's assistant regarding continuance of Final hearing to 3-1-11. | 0.20 | 60.00 | CCB |
| | Drafted letter to client regarding change in date and time of Final hearing. | 0.20 | 60.00 | CCB |
| | Drafted email to counsel for lender regarding Debtor's offer of modification of existing loan. | 0.40 | 120.00 | CCB |
| Feb-11-11 | Review and update firm calendar regarding U.S. Trustee Motion to Dismiss Chapter 11. Drafted letter to client regarding hearing date and time. | 0.30 | 90.00 | CCB |
| Feb-14-11 | Review and update firm calendar regarding Court Show Cause hearing for Debtor in regards to failure to file Disclosure Statement and Plan. | 0.30 | 90.00 | CCB |
| | Conference with client regarding case matter and pending motions. | 0.80 | 240.00 | CCB |
| Feb-15-11 | Telephone conference with Stephen Statham | 0.40 | 120.00 | CCB |

|  | regarding Motion to Dismiss and Court's Show Cause Order. |  |  |  |
|---|---|---|---|---|
| Feb-25-11 | Review of email from client regarding options with Lender on modification of existing promissory note. | 0.30 | 90.00 | CCB |
| Mar-01-11 | At courthouse with client regarding Final hearing on Lender Motion to Lift Stay. Enter Agreed Order with Court and approved by the Court. | 0.80 | 240.00 | CCB |
| Mar-03-11 | Update file and creditors in bankruptcy program in preparation of drafting Disclosure Statement and Plan. | 0.70 | 210.00 | CCB |
| Mar-04-11 | Initial draft of disclosures statement with exhibits and Plan of Reorganization. | 2.40 | 720.00 | CCB |
| Mar-07-11 | Completed drafting Debtor's Disclosure Statement with exhibits and Plan for review of client. | 2.00 | 600.00 | CCB |
|  | Drafted Affidavit of Disbursement for review by client as to U.S. Trustee reports. | 0.40 | 120.00 | CCB |
| Mar-08-11 | Review and execution of Disclosure Statement and Plan of Reorganization by client. Filed documents with the court. | 0.40 | 120.00 | CCB |
|  | At courthouse with client regarding hearing on Court Show Cause motion. Advised court of agreement between parties and filing of Disclosure Statement and Plan. Court issued dates and time for combined hearing for Final Approval of Disclosure Statement and Confirmation of Plan. | 1.00 | 300.00 | CCB |
|  | Reviewed, signed and filed with the court the Affidavit of Disbursements. | 0.30 | 90.00 | CCB |
| Mar-15-11 | Drafted and filed with the court 1st Amended Schedules A, D and F. | 0.40 | 120.00 | CCB |
|  | Drafted and filed with the court a Certificate of Service as to 1st Amended Schedules A, D an F. | 0.30 | 90.00 | CCB |

|  | Revised and filed with the court 1st Amended Disclosure Statement. | 1.30 | 390.00 | CCB |
|---|---|---|---|---|
|  | Drafted and filed with the court the Proposed Order Conditionally Approving Disclosure Statement and setting hearing date and times. | 0.40 | 120.00 | CCB |
|  | Drafted and filed with the court the Notice regarding Ballots for Accepting and Rejecting Plan, Certificate of Service, and Ballots. Prepared mail out of all documents to creditors. | 4.00 | 1,200.00 | CCB |
| Mar-16-11 | Telephone conference with client regarding offer of modification by Lender. Review and notate file of email indicating acceptance by Debtor of Lender terms. | 0.30 | 90.00 | CCB |
| Mar-23-11 | Drafted and filed with the court new Certificate of Service of signed Order by the court. | 0.40 | 120.00 | CCB |
| Mar-29-11 | Review of Response filed in the court by Keaton Construction. | 0.20 | 60.00 | CCB |
|  | Telephone conference with client regarding Response filed by Keaton Construction. | 0.30 | 90.00 | CCB |
|  | Telephone conference with attorney for Keaton Construction regarding Response filed by Keaton Construction. | 0.30 | 90.00 | CCB |
| Apr-13-11 | Review of Objection to Confirmation by Lender- Foundation Capital. | 0.20 | 60.00 | CCB |
|  | Telephone conferences with attorney for Lender regarding Objection to Confirmation. | 0.30 | 90.00 | CCB |
| Apr-15-11 | Telephone conference with creditors regarding ballots | 0.60 | 45.00 | BS |
| Apr-18-11 | Review of Withdraw of Objection to Confirmation by Lender- Foundation Capital. | 0.20 | 60.00 | CCB |
| Apr-20-11 | Review received ballot, Drafted and filed with the court Notice of Tabulation of Ballots on acceptance or rejection of Plan of Reorganization. | 0.40 | 120.00 | CCB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Drafted email to client regarding status of pending confirmation hearing. | 0.30 | 90.00 | CCB |
| Apr-21-11 | At courthouse with client regarding hearing on Final Approval of Disclosure Statement and Confirmation of Plan of Reorganization. Court signed order approving all. | 1.30 | 390.00 | CCB |
| May-11-11 | Review of court's order regarding Post-Confirmation matters. | 0.20 | 60.00 | CCB |
| Jun-17-11 | Conference with client regarding post confirmation matters, including objections to claims, filing of adversaries and fee applications. | 0.80 | 240.00 | CCB |
| Jun-20-11 | Review PACER Docket for summary of work performed; prepare Fee Application for Orlando & Braun, proposed Order, and Summary Cover Sheet. | 2.00 | 600.00 | AMM |
|  | Totals | 42.20 | $12,457.50 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Mar-17-10 | Filing Fee  (state court notice) | 8.35 |
| Mar-31-10 | Postage | 1.73 |
|  | Postage | 0.88 |
|  | Postage | 0.61 |
|  | Copies 2 @ 0.25 | 0.50 |
|  | Copies 30 @ 0.25 | 7.50 |
|  | Facsimiles 4 @ 0.50 | 2.00 |
| Aug-31-10 | Postage | 9.18 |
|  | Copies 181 @ 0.25 | 45.25 |
| Jan-31-11 | Postage | 0.44 |
| Feb-28-11 | Postage | 0.44 |
|  | Copies 1 @ 0.25 | 0.25 |
| Mar-31-11 | Copies 1 @ 0.25 | 0.25 |
|  | Copies 11 @ 0.25 | 2.75 |
|  | Copies 20 @ 0.25 | 5.00 |
|  | Copies 133 @ 0.25 | 33.25 |
|  | Postage | 0.44 |
|  | Postage | 12.77 |
|  | Postage | 6.64 |
|  | Postage | 5.28 |

Case 10-35919   Document 67-7   Filed in TXSB on 06/21/11   Page 7 of 7

| Apr-30-11 | Copies 30 @ 0.25 | | | | 7.50 |
|---|---|---|---|---|---|
| | Totals | | | | $151.01 |
| | **Total Fee & Disbursements** | | | | **$12,608.51** |
| | **Balance Now Due** | | | | **$12,608.51** |

| Intitials | Lawyer Name | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| CCB | Calvin Braun | 39.30 | $300.00 | $11,790.00 |
| AMM | Alicia Matsushima | 2.00 | $300.00 | $600.00 |
| BS | Paralegal | 0.90 | $75.00 | $67.50 |